**Berc Agopoglu, Esq. (State Bar No. 201562)**
**Eunyoung Oh, Esq. (State Bar No. 333833)**
**THE AGOPOGLU LAW CORP., PLC**
**1901 Avenue of the Stars, Suite 200**
**Los Angeles, CA 90067**
**Ph: (310) 461-1438; Fax: (310) 461-438**
**Email:  berc@agopoglulawfirm.com**
**Email:  eyoung@agopogluawfirm.com**

Attorneys for Plaintiffs JUAN DAVID VERAMANCINI AND RODRIGO TORRESMARINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DAVID VERAMANCINI, an individual; RODRIGO TORRESMARINI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, a Government Entity; DEPUTY K. REINHARDT; DEPUTY B. BLACKBURN; DEPUTY S. KALMEN; DEPUTY M. MCELWAIN; DEPUTY B. BILLINGER; CITY OF COSTA MESA, a Government Entity; OFFICER MCMORRIS and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 8:22-cv-01501-FWS-JDE<br>*Judge Fred W. Slaughter, Courtroom 10D*<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFFS JUAN DAVID VERAMANCINI AND RODRIGO TORRESMARINI TO FILE THIRD AMENDED COMPLAINT BY JANUARY 31, 2025**<br><br>**Complaint Filed:    08/11/2022**<br>**Trial Date:          03/02/2026** |

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This stipulation is entered into by and between Plaintiffs JUAN DAVID VERAMANCINI ("Veramancini") and RODRIGO TORRESMARINI ("Torresmarini") (collectively, "Plaintiffs"), and Defendants COUNTY OF ORANGE, Deputies K. REINHARDT, S. KALMEN, and DEPUTY B. BILLINGER ("County Defendants"), through their respective counsel of record, as follows:

## BACKGROUND

1.     Plaintiffs filed their Complaint on August 11, 2022, alleging claims under 42 U.S.C. § 1983 and related state law claims.

2.     Plaintiffs amended their Complaint twice, with the operative Second Amended Complaint ("SAC") filed on August 26, 2024.

3.     On January 10, 2025, the Court issued an Order granting in part and denying in part the motion to dismiss brought by City Defendants. The Court granted Plaintiff Juan David Veramancini leave to amend their claims against City of Costa Mesa, specifically the *Monell* claim under 42 U.S.C. § 1983, by January 31, 2025.

4.     Plaintiffs and County Defendants have been meeting and conferring on issues related to a potential Rule 12(b)(6) motion to dismiss. To ensure judicial efficiency and avoid duplicative Rule 12(b)(6) motions on the Second Amended Complaint, Parties agree it is more efficient to file this stipulation, allowing Plaintiffs to address all remaining claims in a Third Amended Complaint. This approach ensures global responsive pleadings can be filed after the Third Amended Complaint is served on the respective parties.

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

5.       Plaintiffs acknowledge that Deputies B. Blackburn and M. McElwain have not yet been served in this matter. County Defendants require that these two deputies be personally served. However, the remaining County Defendants (K. Reinhardt, S. Kalmen, and B. Billinger, as well as the County of Orange) agree to accept service of the Third Amended Complaint via email to their counsel.

6.       County Defendants have agreed to stipulate to allow Plaintiffs to file a Third Amended Complaint ("TAC") by January 31, 2025, to ensure judicial efficiency and avoid unnecessary motion practice.

7.       Per the September 18, 2024, Stipulation (Dkt. 73) and September 19, 2024, Order (Dkt. 74), the County Defendants' (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, and Deputy M. McElwain, and Deputy B. Billinger, once served) due date for a responsive pleading to the Third Amended Complaint shall be, per Rule 15(a), 21- days after the last date of service of all County Defendants (and if the individual parties are served on separate dates, to correspond to the latest date). Moreover, per the September 18, 2024, Stipulation (Dkt. 73) and September 19, 2024, Order (Dkt. 74), Plaintiff and the County Defendants' agreed that Plaintiffs' time to file/serve any opposition to County Defendants' responsive pleading shall be extended by two (2) weeks per Rule 12(b)(6), and County Defendants' time to file any reply is extended by one (1) week.

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

## STIPULATION

In light of the foregoing, the parties stipulate and agree as follows:

1.      Plaintiffs are granted leave to file a Third Amended Complaint addressing claims against the following Defendants:

County Defendants (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, Deputy M. McElwain, and Deputy B. Billinger); and

2.      Plaintiffs shall file the Third Amended Complaint on or before **January 31, 2025**, pursuant to the Court's January 10, 2025 Order.

3.      Defendants agree that they will not require additional service of the amended complaint, except for Deputies B. Blackburn and M. McElwain, who shall be personally served. All other County Defendants (K. Reinhardt, S. Kalmen, B. Billinger, and County of Orange) agree to accept service via email to their counsel.

4.      County Defendants' (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, and Deputy M. McElwain, and Deputy B. Billinger, once served) due date for a responsive pleading to the Third Amended Complaint shall be, per Rule 15(a), 21- days after the last date of service of all County Defendants (and if the individual parties are served on separate dates, to correspond to the latest date). Moreover, per the September 18, 2024, Stipulation (Dkt. 73) and September 19, 2024, Order (Dkt. 74), Plaintiff and the County Defendants' agreed that Plaintiffs' time to file/serve any opposition to County Defendants' responsive

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

pleading shall be extended by two (2) weeks per Rule 12(b)(6), and County

Defendants' time to file any reply is extended by one (1) week.

5.     This stipulation complies with Central District of California Local Rule 7-1,

which encourages parties to resolve procedural issues by stipulation where possible.

The stipulation also aligns with Federal Rule of Civil Procedure 1's mandate to

secure the just, speedy, and inexpensive determination of every action.

6.     The Ninth Circuit has consistently emphasized the importance of judicial

efficiency in case management. See *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d

604, 609 (9th Cir. 1992) (highlighting the role of procedural rules in ensuring

efficient case resolution). Allowing this stipulation avoids duplicative motion

practice and promotes efficiency.

7.     This stipulation does not affect the current trial schedule or other deadlines set

forth in the Court's Scheduling Order dated September 6, 2024.

8.     The parties further agree to extend professional courtesy in future scheduling

matters to avoid unnecessary disputes or motion practice.

IT IS SO STIPULATED.

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

1    DATED:    01/22/2025                    THE AGOPOGLU LAW CORP., PLC

2                                            /s/ Berc Agopoglu

3                                    By:_____

4

5                                            BERC AGOPOGLU
                                             EUNYOUNG OH
6                                            Attorneys for Plaintiffs
                                             JUAN DAVID VERAMANCINI AND
7                                            RODRIGO TORRESMARINI

8

9    DATED:    01/22/2025                    COLLINS + COLLINS LLP

10                                           /s/ Rebecca J. Chmura

11                                   By: _____

12                                           MICHAEL L. WRONIAK
                                             REBECCA J. CHMURA
13                                           Attorneys for Defendants
                                             COUNTY OF ORANGE, DEPUTY K.
14                                           REINHARDT, DEPUTY S. KALMEN
                                             and DEPUTY B. BILLINGER
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

**[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1.      Plaintiffs are granted leave to file a Third Amended Complaint addressing claims against County Defendants and City Defendants[1] on or before January 31, 2025.

2.      County Defendants' (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, and Deputy M. McElwain, and Deputy B. Billinger, once served) due date for a responsive pleading to the Third Amended Complaint shall be, per Rule 15(a), 21- days after the last date of service of all County Defendants (and if the individual parties are served on separate dates, to correspond to the latest date). Plaintiff and the County Defendants' agreed that Plaintiffs' time to file/serve any opposition to County Defendants' responsive pleading shall be extended by two (2) weeks per Rule 12(b)(6), and County Defendants' time to file any reply is extended by one (1) week.

3.      Deputies B. Blackburn and M. McElwain, whom have not been served yet in this action, must be personally served, while all other County Defendants (K. Reinhardt, S. Kalmen, B. Billinger, and County of Orange) agree to accept service via email to their counsel.

---

[1]  Pursuant to the Court's January 10, 2025 Order

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**

4.     All other deadlines set forth in the Court's Scheduling Order dated September 6, 2024, including the January 10, 2025 Order (DKT#88) remain in effect.

**IT IS SO ORDERED.**

DATED: _____     _____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

**STIP AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**