**Berc Agopoglu, Esq. (State Bar No. 201562)**
**Eunyoung Oh, Esq. (State Bar No. 333833)**
**THE AGOPOGLU LAW CORP., PLC**
**1901 Avenue of the Stars, Suite 200**
**Los Angeles, CA 90067**
**Ph: (310) 461-1438; Fax: (310) 461-438**
**Email:  berc@agopoglulawfirm.com**
**Email:  eyoung@agopogluawfirm.com**

Attorneys for Plaintiffs JUAN DAVID VERAMANCINI AND RODRIGO TORRESMARINI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DAVID VERAMANCINI, an individual; RODRIGO TORRESMARINI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, a Government Entity; DEPUTY K. REINHARDT; DEPUTY B. BLACKBURN; DEPUTY S. KALMEN; DEPUTY M. MCELWAIN; DEPUTY B. BILLINGER; CITY OF COSTA MESA, a Government Entity; OFFICER MCMORRIS and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. 8:22-cv-01501-FWS-JDE<br>*Judge Fred W. Slaughter, Courtroom 10D*<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFFS JUAN DAVID VERAMANCINI AND RODRIGO TORRESMARINI TO FILE THIRD AMENDED COMPLAINT BY JANUARY 31, 2025**<br><br>**Complaint Filed:** 08/11/2022<br>**Trial Date:**         03/02/2026 |

This stipulation is entered into by and between Plaintiffs JUAN DAVID VERAMANCINI ("Veramancini") and RODRIGO TORRESMARINI ("Torresmarini") (collectively, "Plaintiffs"), and Defendants COUNTY OF ORANGE, Deputies K. REINHARDT, S. KALMEN, , and DEPUTY B. BILLINGER ("County Defendants"), through their respective counsel of record, as follows:

## BACKGROUND

1. Plaintiffs filed their Complaint on August 11, 2022, alleging claims under 42 U.S.C. § 1983 and related state law claims.

2. Plaintiffs amended their Complaint twice, with the operative Second Amended Complaint ("SAC") filed on August 26, 2024.

3. On January 10, 2025, the Court issued an Order granting in part and denying in part the motion to dismiss brought by City Defendants. The Court granted Plaintiff Juan David Veramancini leave to amend their claims against City of Costa Mesa, specifically the *Monell* claim under 42 U.S.C. § 1983, by January 31, 2025. Furthermore, on January 10, 2025, the Court dismissed Plaintiff TORRESMARINI's all causes of actions against COSTA MESA and MCMORRIS as moot.  The Court also dismissed Plaintiff VERAMANCINI's second, third, and fourth causes of action against COSTA MESA and OFFICER MCMORRIS for negligence, assault and battery, and violation of Bane Act *without leave to amend*. (DKT #88, P.22).

4. Plaintiffs and County Defendants have been meeting and conferring on issues related to a potential Rule 12(b)(6) motion to dismiss. To ensure judicial efficiency, Plaintiffs and the County Defendants agree it is more efficient to file this stipulation, allowing Plaintiffs to address all remaining claims in a Third Amended Complaint. This approach ensures global responsive pleadings and/or Rule 12(b)(6) Motions to Dismiss can be filed after the Third Amended Complaint is served on the respective parties.

5. Plaintiffs acknowledge that Deputies B. Blackburn and M. McElwain have not yet been served in this matter. County Defendants require that these two deputies be personally served. However, the remaining County Defendants (K. Reinhardt, S. Kalmen, and B. Billinger, as well as the County of Orange) agree to accept service of the Third Amended Complaint via email to their counsel.

6. County Defendants have agreed to stipulate to allow Plaintiffs to file a Third Amended Complaint ("TAC") by January 31, 2025 as to the County Defendants, to ensure judicial efficiency and avoid unnecessary motion practice. A copy of the Third Amended Complaint is attached with this stipulation under Exhibit A.

7. Per the September 18, 2024, Stipulation (Dkt. 73) and September 19, 2024, Order (Dkt. 74), the County Defendants' (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, and Deputy M. McElwain, and Deputy B. Billinger, once served) due date for a responsive pleading to the Third Amended Complaint shall be, per Rule 15(a), 21- days after the last date of service of all

County Defendants (and if the individual parties are served on separate dates, to correspond to the latest date). Moreover, per the September 18, 2024, Stipulation (Dkt. 73) and September 19, 2024, Order (Dkt. 74), Plaintiff and the County Defendants' agreed that Plaintiffs' time to file/serve any opposition to County Defendants' responsive pleading shall be extended by two (2) weeks per Rule 12(b)(6), and County Defendants' time to file any reply is extended by one (1) week. The Parties agree that the County Defendants do not admit liability and/or the truthfulness of any of the facts in the Third Amended Complaint, and reserve all rights to file Rule 12(b)(6) motions, or any other motion available by law, to the Third Amended Complaint.

## **STIPULATION**

In light of the foregoing, the parties stipulate and agree as follows:

1. Plaintiffs are granted leave to file a Third Amended Complaint addressing claims against the following Defendants:

a. County Defendants (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, Deputy M. McElwain, and Deputy B. Billinger); and

2. Plaintiffs shall file the Third Amended Complaint on or before **January 31, 2025**, pursuant to the Court's January 10, 2025 Order.

3. Defendants agree that they will not require additional service of the amended complaint, except for Deputies B. Blackburn and M. McElwain, who shall be

personally served. All other County Defendants (K. Reinhardt, S. Kalmen, B. Billinger, and County of Orange) agree to accept service via email to their counsel.

4.  County Defendants' (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, and Deputy M. McElwain, and Deputy B. Billinger, once served) due date for a responsive pleading, Rule 12(b)(6) motion, or other applicable motion, to the Third Amended Complaint shall be, per Rule 15(a), 21-days after the last date of service of all County Defendants (and if the individual parties are served on separate dates, to correspond to the latest date). Moreover, per the September 18, 2024, Stipulation (Dkt. 73) and September 19, 2024, Order (Dkt. 74), Plaintiff and the County Defendants' agreed that Plaintiffs' time to file/serve any opposition to County Defendants' responsive pleading shall be extended by two (2) weeks per Rule 12(b)(6), and County Defendants' time to file any reply is extended by one (1) week.

5.  This stipulation complies with Central District of California Local Rule 7-1, which encourages parties to resolve procedural issues by stipulation where possible. The stipulation also aligns with Federal Rule of Civil Procedure 1's mandate to secure the just, speedy, and inexpensive determination of every action.

6.  The Ninth Circuit has consistently emphasized the importance of judicial efficiency in case management. See *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (highlighting the role of procedural rules in ensuring

efficient case resolution). Allowing this stipulation avoids duplicative motion practice and promotes efficiency.

7. This stipulation does not affect the current trial schedule or other deadlines set forth in the Court's Scheduling Order dated September 6, 2024.

8. The parties further agree to extend professional courtesy in future scheduling matters to avoid unnecessary disputes or motion practice.

IT IS SO STIPULATED.

DATED: 01/30/2025					THE AGOPOGLU LAW CORP., PLC

							/s/ Berc Agopoglu

					By:_____

							BERC AGOPOGLU
							EUNYOUNG OH
							Attorneys for Plaintiffs
							JUAN DAVID VERAMANCINI AND RODRIGO TORRESMARINI

DATED: 01/30/2025					COLLINS + COLLINS LLP

							/s/ Rebecca J. Chmura
					By: _____
							MICHAEL L. WRONIAK
							REBECCA J. CHMURA
							Attorneys for Defendants
							COUNTY OF ORANGE, DEPUTY K. REINHARDT, DEPUTY S. KALMEN and DEPUTY B. BILLINGER

# **[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiffs are granted leave to file a Third Amended Complaint addressing claims against County Defendants on or before January 31, 2025.

2.  County Defendants' (County of Orange, Deputy K. Reinhardt, Deputy S. Kalmen, Deputy B. Blackburn, and Deputy M. McElwain, and Deputy B. Billinger, once served) due date for a responsive pleading, Rule 12(b)(6) motion, or other applicable motion, to the Third Amended Complaint shall be, per Rule 15(a), 21-days after the last date of service of all County Defendants (and if the individual parties are served on separate dates, to correspond to the latest date). Plaintiff and the County Defendants' agreed that Plaintiffs' time to file/serve any opposition to County Defendants' responsive pleading shall be extended by two (2) weeks per Rule 12(b)(6), and County Defendants' time to file any reply is extended by one (1) week.

3.  Deputies B. Blackburn and M. McElwain, whom have not been served yet in this action, must be personally served, while all other County Defendants (K. Reinhardt, S. Kalmen, B. Billinger, and County of Orange) agree to accept service via email to their counsel.

4.  All other deadlines set forth in the Court's Scheduling Order dated September 6, 2024, remain in effect.

5. Court's January 10, 2025 ruling will be strictly followed, in that Plaintiff VERAMANCINI will amend the third amended complaint to include *Monell claim* against COSTA MESA, and Plaintiff TORRESMARINI's claims against OFFICER MCMORRIS and COSTA MESA will not be included, as they are moot. Plaintiff VERAMANCINI's state claims against OFFICER MCMORRIS and COSTA MESA will not be included either.

**IT IS SO ORDERED.**

DATED: _____      _____

                                                           Hon. Fred W. Slaughter
                                                           UNITED STATES DISTRICT JUDGE