## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 22-01501-FWS (JDEx) | Date | June 11, 2025 |
|----------|--------------------------|------|---------------|
| Title | Juan David Veramancini et al v. County of Orange et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                     Deborah Parker
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Berc Agopoglu                           Michael Wroniak
                                        Rebecca Chmura
                                        Helen Kim

**PROCEEDINGS:    DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE [121]**

Motion hearing held.   The Court hears oral argument from the parties.   The Court takes the Motion under submission.   Order to issue.

: 25

Initials of Deputy Clerk    rrp

CC: